UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Felix Eliezer Urena

      v.

Strafford County Department of Corrections,
Superintendent, et al.

Civil No. 14-cv-323-LM

## J U D G M E N T

In accordance with the following, judgment is hereby entered:

(1) Order dated October 20, 2014, by District Judge Landya B. McCafferty, approving the Report and Recommendation dated September 22, 2014, by Magistrate Judge Andrea K. Johnstone; and

(2) Order dated August 31, 2015, by District Judge Landya B. McCafferty, approving the Report and Recommendation dated August 11, 2015, by Magistrate Judge Andrea K. Johnstone.

By the Court,

/s/ Daniel J. Lynch
Daniel J. Lynch
Clerk of Court

Date: August 31, 2015

cc:    Felix Eliezer Urena, pro se
        Corey M. Belobrow, Esq.